NUMBER 13-01-444-CR


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI


__________________________________________________________________

RAYMOND HICKLIN, Appellant,

v.

THE STATE OF TEXAS, Appellee.

__________________________________________________________________

On appeal from the 105th District Court of Nueces County, Texas.

__________________________________________________________________

O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

Appellant, RAYMOND HICKLIN, attempted to perfect an appeal from an order entered by the 105th
District Court of Nueces County, Texas, in cause number 99-CR-1275-D. Appellant has filed a motion to
withdraw the notice of appeal. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to withdraw the notice of
appeal, is of the opinion that appellant's motion to withdraw the notice of appeal should be granted. 
Appellant's motion to withdraw the notice of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish. Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of August, 2001.